Barry K. Rothman, Esq. (SBN 47107)
Gordon J. Zuiderweg, Esq. (SBN 83101)
LAW OFFICES OF BARRY K. ROTHMAN
1901 Avenue of the Stars, Suite 370
Los Angeles, California 90067
Telephone:   (310) 557-0062
Telecopier:  (310) 557-9080
Email:       bkr@bkrlegal.com

Attorneys for Plaintiff E. TV Networks, Inc.          JS 6

SINGULARITY LLP
Theodore T. Herhold (CA Bar No. 122895)
therhold@ipsingularity.com
555 Twin Dolphin Dr., Suite 610
Redwood Shores, CA 94065
Tel: (650) 720-4650
Fax: (650) 720-4662

Attorneys for Defendant
MATTHEW JOSEPH WERNER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| E. TV NETWORKS, INC., a Delaware corporation qualified to do business in the State of California,<br><br>                       Plaintiff,<br><br>     vs.<br><br>GOOGLE, INC., et al.,<br><br>                    Defendants. | CASE NO.  2:16-cv-00874-DSF-GJS<br><br>**[PROPOSED] STIPULATED FINAL JUDGMENT AND ORDER AS TO DEFENDANT MATTHEW JOSEPH WERNER** |

Plaintiff E. TV Networks, Inc., commenced this action on February 8, 2016. The Complaint on file herein (Docket No. 1) states causes of action for Copyright Infringement, Injunctive Relief, and Injunctive Relief.

Defendant Matthew Joseph Werner was properly served with the Summons and Complaint herein and filed an Answer (Docket No. 30) on July 18, 2016.

1

Plaintiff E. TV Networks, Inc., and Defendant Matthew Joseph Werner have settled, and the Court was so notified on January 24, 2017 (Docket No. 50).

This Stipulated Final Judgment And Order is entered pursuant to the settlement between Plaintiff E. TV Networks, Inc., and Defendant Matthew Joseph Werner .

## I.   FINDINGS.

1.   The Court has jurisdiction over Plaintiff E. TV Networks, Inc., and Defendant Matthew Joseph Werner and the subject matter of this action.

2.   Plaintiff E. TV Networks, Inc., and Defendant Matthew Joseph Werner agree to the entry of this Stipulated Final Judgment And Order, without the adjudication of the remaining issues of fact or law pleaded in the Complaint, to settle and resolve all matters in dispute between them which arise from the conduct alleged in the Complaint.

## II.   MONETARY JUDGMENT.

3.   A judgment for damages is hereby entered in favor of Plaintiff E. TV Networks, Inc., and against Defendant Matthew Joseph Werner, in the amount of $7,500.00.

4.   Said sum is to be paid no later than January 10, 2019.

## III.   INJUNCTIVE RELIEF.

5.   Defendant Matthew Joseph Werner is to remove the infringing Keith Cozart/Chief Keef material from the YouTube channel of Thizzler On The Roof, LLC, through which Defendant Matthew Joseph Werner does business.

6.   Defendant Matthew Joseph Werner, Thizzler On The Roof, LLC, and their agents, servants, and employees, and those acting in active concert or participation with them are hereby restrained and enjoined from reproducing, distributing, adapting, displaying, promoting, offering for sale, or posting on the internet any of the copyrighted material of Plaintiff E. TV Networks, Inc., embodying the performances of Keith

[PROPOSED] STIPULATED FINAL JUDGMENT AND ORDER AS TO DEFENDANT MATTHEW JOSEPH WERNER

1  Cozart/Chief Keef, which is the subject of this lawsuit.

2

3  **IV.    RETENTION OF JURISDICTION.**

4       7.       This Court retains jurisdiction of this matter for purposes of construction,

5  modification, and enforcement of this Stipulated Final Judgment And Order.

6

7       **IT IS SO ORDERED.**

8  Dated this ___9th___ day of March 2017.

9                                                      _____

10                                                     Dale S. Fischer
                                                       United States District Judge
11                                                     United States District Court
                                                       Central District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

[PROPOSED] STIPULATED FINAL JUDGMENT AND ORDER AS TO DEFENDANT MATTHEW
JOSEPH WERNER